450 A.2d 181

Commonwealth v. Cook, Appellant.
Petition for Allowance of Appeal
Denied Jan. 14, 1983.

Submitted October 13, 1981. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.